**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Microthin.com Inc.,

Plaintiff,

v.

Taylor Corporation, et al.,

Defendants.

Civil 01-1877 (PAM)

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July 29, 2002

Paul A. Magnuson
United States District Court Judge

JUL 29 2002
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________